UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                                      :
ANDREIA ROSA DOS SANTOS,                                              :
                                                                      :
                              Plaintiff,                              :          26-CV-3456 (JMF)
                                                                      :
                                                                      :          ORDER
          -v-                                                         :
                                                                      :
JPMORGAN CHASE & CO. et al.,                                          :
                                                                      :
                              Defendants.                             :
                                                                      :
-------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 29, 2026, Plaintiff submitted an application for pro bono counsel.  *See* ECF No. 12.  In determining whether to grant an application for counsel, the Court must consider "the merits of plaintiff's case, the plaintiff's ability to pay for private counsel, his efforts to obtain a lawyer, the availability of counsel, and the plaintiff's ability to gather the facts and deal with the issues if unassisted by counsel."  *Cooper v. A. Sargenti Co., Inc.*, 877 F.2d 170, 172 (2d Cir. 1989) (per curiam).  As a threshold matter, in order to qualify for counsel Plaintiff must demonstrate that his claim has substance or a likelihood of success.  *See Hodge v. Police Officers*, 802 F.2d 58, 60-61 (2d Cir. 1986).  In reviewing a request for counsel, the Court must be cognizant of the fact that volunteer attorney time is a precious commodity and, thus, should not grant a request for counsel indiscriminately.  *Cooper*, 877 F.2d at 172.

A more fully developed record will be necessary before it can be determined whether Plaintiff's chances of success warrant his request for counsel.  Accordingly, it is hereby ORDERED that plaintiff's June 29, 2026 application for of counsel is denied without prejudice to renewal at such time as the existence of a potentially meritorious claim may be demonstrated.

2

The Clerk of the Court is directed to terminate ECF No. 12.

SO ORDERED.

Dated: July 2, 2026
     New York, New York

_____
JESSE M. FURMAN
United States District Judge