UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREIA ROSA DOS SANTOS, Plaintiff, -v- JPMORGAN CHASE & CO. et al., Defendants. | 26-CV-3456 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge:

On October 6, 2026, Defendants David Swirner Galleries, JPMorgan Chase & Co., and David Zwirner filed a motion to dismiss the complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure. *See* ECF No. 35. That same day, the Court issued an Order setting deadlines for either an amended complaint or an opposition to that motion, as well as Defendants' reply in the event of an opposition. *See* ECF No. 38. Two days later, Defendant Gerard Richter filed a separate motion to dismiss the complaint pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure. *See* ECF No. 39.

If Plaintiff elects to oppose the earlier Rule 12(b)(6) motion, she shall also respond in her opposition to the Rule 12(b)(5), and the parties shall follow all the related deadlines set forth in the Court's October 6, 2026 Order. If, instead, Plaintiff elects to amend her complaint in lieu of opposing the Rule 12(b)(6) motion, she shall respond to the Rule 12(b)(5) motion no later than **October 27, 2026**; in that instance, Richter's reply, if any, shall be filed by **November 3, 2026**.

Plaintiff, who is proceeding without counsel, has consented to receive electronic service of this Order through ECF.

SO ORDERED.

Dated: October 8, 2026
New York, New York

JESSE M. FURMAN
United States District Judge